IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  09-cv-01433-MSK- BNB | Date: September 8, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TINA WILLIAMS, | Richard Wynkoop |
| Plaintiff(s), | |
| v. | |
| REGENT ASSET MANAGEMENT SOLUTIONS INC., a Colorado corporation | Alan Greenberg by telephone |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendant's motion to appear by telephone at hearing on motion to set aside [Doc. 17, filed 9/4/09] is granted as stated on the record.**

**ORDERED:**  **Defendant's motion to set aside clerk's entry of default [Doc. 13, filed 8/19/09] is granted as stated on the record. Defendant shall file an answer to the complaint on or before September 15, 2009.**

Court in Recess       10:41 a.m.     Hearing concluded.    Total time in Court:    00:11

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.