IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01433-MSK-BNB

TINA WILLIAMS,

Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Motion to Set Aside Clerk's Entry of Default** [Doc. # 13, filed 8/19/2009]; and

(2)  **Motion to Appear By Telephone at Hearing on Motion to Set Aside** [Doc. # 17, filed 9/4/2009].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Set Aside Clerk's Entry of Default is GRANTED. The defendant shall answer the Complaint on or before **September 15, 2009**.

IT IS FURTHER ORDERED that the Motion to Appear By Telephone is GRANTED.

Dated September 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge