IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01433-MSK-BNB

TINA WILLIAMS,

Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC., a Colorado corporation,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 21, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated October 7, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge