IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01433-MSK-BNB

TINA WILLIAMS,

       Plaintiff,

v.

REGENT ASSET MANAGEMENT SOLUTIONS, INC., a Colorado corporation,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Dismiss[1] (Motion) **(#28)** filed October 21, 2009.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 22nd day of October, 2009.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge

---

[1] The Motion event has been selected for filing this document, however, the document itself is titled a Notice of Dismissal.  Further, the Notice does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(2).